IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE THOMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE DEPT. OF PHILADELPHIA, PHILADELPHIA DETECTIVE DIVISION, AND THE DISTRICT ATTORNEY'S OFFICE | : : : : | NO. 10-06083 |

**ORDER**

    **AND NOW**, this 12th day of October, 2011, upon consideration of the Motion to Dismiss filed by the Philadelphia District Attorney's Office (Docket No. 18), **IT IS HEREBY ORDERED** that:

1.    The Motion is **GRANTED**;

2.    The Complaint is **DISMISSED WITH PREJUDICE** as against the Philadelphia District Attorney's Office; and

3.    The Philadelphia District Attorney's Office is **DISMISSED WITH PREJUDICE** as a Defendant in this case**.**

                                                             BY THE COURT:


                                                    /s/ John R. Padova
                                                    John R. Padova, J.