IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE THOMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA POLICE | : | |
| DEPARTMENT OF | : | NO. 10-6083 |

## ORDER

AND NOW, this 30th day of April, 2012, upon consideration of Defendant Philadelphia Police Department's Motion for Summary Judgment (Docket No. 26) and the Memorandum of Law submitted therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED. IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant Philadelphia Police Department and against Plaintiff.

BY THE COURT:

John R. Padova, J.